**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**HENRY G. HOBBS, JR.**
**ACTING UNITED STATES TRUSTEE**
**REGION 7, SOUTHERN and WESTERN DISTRICTS OF TEXAS**
**HECTOR DURAN**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, Texas   77002**
**Telephone:  (713) 718-4650 x 241**
**Fax:  (713) 718-4670**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO.** |
| | § | |
| **VANGUARD NATURAL RESOURCES,** | § | **19-31786 (DRJ)** |
| **INC.,** *et al.*, | § | **(Chapter 11)** |
| | § | **Jointly Administered** |
| **DEBTORS**[1] | § | |

**NOTICE OF APPOINTMENT OF**
**COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE:

  COMES NOW Henry G. Hobbs, Jr., the Acting United States Trustee for Region 7, by and through the undersigned counsel, who pursuant to 11 U.S.C. § 1102(a)(1) hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in this case:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Vanguard Natural Resources, Inc. (1494); Eagle Rock Acquisition Partnership, L.P. (6706); Eagle Rock Acquisition Partnership II, L.P. (0903); Eagle Rock Energy Acquisition Co., Inc. (4564); Eagle Rock Energy Acquisition Co. II, Inc. (3364); Eagle Rock Upstream Development Company, Inc. (0113); Eagle Rock Upstream Development Company II, Inc. (7453); Escambia Asset Co. LLC (3869); Escambia Operating Co. LLC (2000); Vanguard Natural Gas, LLC (1004); Vanguard Operating, LLC (9331); and VNR Holdings, LLC (6371). The location of the Debtors' service address is: 5847 San Felipe, Suite 3000, Houston, Texas 77057.

| Members | Counsel for Member |
|---|---|
| 1. Enterprise Jonah Gas Gathering LLC<br>Attn: Charlie San Miguel<br>1100 Louisiana Street<br>Houston, TX  77002<br>Tel. 713-381-3969<br>E-Mail: csanmiguel@eprod.com | Josh Judd, Esq.<br>Andrews Myers, P.C.<br>1885 Saint James Place, Suite 1500<br>Houston, TX  77056<br>Tel. 713-850-8218<br>E-Mail: jjudd@andrewsmyers.com |
| 2. Viva Energy Services LLC<br>Attn: Michael Giroir<br>700 Avenue E<br>P.O. Box 4437<br>Odessa, TX  79760-4437<br>Tel. 432-552-0800<br>E-Mail: mgiroir@vivawsc.com | Philip Eisenberg, Esq.<br>Locke Lord LLP<br>600 Travis Street, Suite 2800<br>Houston, TX  77002<br>Tel. 713-226-1304<br>E-Mail: peisenberg@lockelord.com |
| 3. Trinity Environmental SWD I, LLC<br>Attn: Travis Wright<br>6300 Bridge Point Pkwy.<br>Building 2, Suite 210<br>Austin, TX  78730<br>Tel. 512-582-8035<br>E-Mail: travis.wright@trinityenv.com | Karl Burrer, Esq.<br>Greenberg Traurig LLP<br>1000 Louisiana St., Suite 1700<br>Houston, TX  77002<br>Tel. 713-374-3612<br>E-Mail: burrerke@gtlaw.com |

Dated: April 11, 2019

Respectfully Submitted,

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By:    /s/ Hector Duran
         Hector Duran
         Trial Attorney
         Texas Bar No. 00783996
         515 Rusk, Suite 3516
         Houston, TX 77002
         Telephone:  (713) 718-4650 x 241
         Fax:  (713) 718-4670

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 11th day of April, 2019.

                                                /s/ Hector Duran
                                                Hector Duran, Trial Attorney