UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re:<br><br>VANGUARD NATURAL<br>RESOURCES, INC., *et al.*,[1]<br><br>                Debtors. | )<br>)  Chapter 11<br>)<br>)  Case No. 19-31786 (DRJ)<br>)<br>)<br>)  (Jointly Administered)<br>) |

### NOTICE OF DISCLOSURE STATEMENT HEARING

**PLEASE TAKE NOTICE** that on April 30, 2019, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed (a) the *Joint Plan of Reorganization of Vanguard Natural Resources, Inc. and Its Debtor Affiliates* [Docket No. 230] (as amended from time to time and including all exhibits and supplements thereto, the "Plan");[2] (b) the *Disclosure Statement for Joint Plan of Reorganization of Vanguard Natural Resources, Inc. and Its Debtor Affiliates* [Docket No. 231] (as amended from time to time and including all exhibits thereto, the "Disclosure Statement"); and (c) the *Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures with Respect to Confirmation of the Debtors' Proposed Chapter 11 Plan, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief* [Docket No. 234] (the "Disclosure Statement Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Disclosure Statement Motion will take place on **June 12, 2019, at 2:00 p.m. (prevailing Central Time)**, before the Honorable David R. Jones at the United States Bankruptcy Court for the Southern District of Texas, at Courtroom 400, 515 Rusk Street, Houston, Texas 77002. The Disclosure Statement Hearing may be further continued from time to time by announcing such continuance in open court or otherwise, without further notice to parties in interest.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases, are available free of charge by visiting https://cases.primeclerk.com/VNR or by calling (844) 216-9850 (U.S. Toll Free) or (347) 859-8076 (International). You may also obtain copies

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Vanguard Natural Resources, Inc. (1494); Eagle Rock Acquisition Partnership, L.P. (6706); Eagle Rock Acquisition Partnership II, L.P. (0903); Eagle Rock Energy Acquisition Co., Inc. (4564); Eagle Rock Energy Acquisition Co. II, Inc. (3364); Eagle Rock Upstream Development Company, Inc. (0113); Eagle Rock Upstream Development Company II, Inc. (7453); Escambia Asset Co. LLC (2000); Escambia Operating Co. LLC (3869); Vanguard Natural Gas, LLC (1004); Vanguard Operating, LLC (9331); and VNR Holdings, LLC (6371). The location of the Debtors' service address is: 5847 San Felipe, Suite 3000, Houston, Texas 77057.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings given to them in the Plan, Disclosure Statement, or Disclosure Statement Motion, as applicable.

of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

| | |
|---|---|
| Houston, Texas<br>June 7, 2019 | Respectfully Submitted, |
| | */s/ Brian E. Schartz* |
| **BLANK ROME LLP**<br>James T. Grogan (TX Bar No. 24027354)<br>Philip M. Guffy (TX Bar No. 24113705)<br>717 Texas Avenue, Suite 1400<br>Houston, Texas 77002<br>Telephone:  (713) 228-6601<br>Facsimile:   (713) 228-6605<br>Email:         jgrogan@blankrome.com<br>                    pguffy@blankrome.com | **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Brian E. Schartz, P.C. (TX Bar No. 24099361)<br>609 Main Street<br>Houston, Texas 77002<br>Telephone:  (713) 836-3600<br>Facsimile:   (713) 836-3601<br>Email:         brian.schartz@kirkland.com<br><br>-and-<br><br>Christopher Marcus, P.C. (admitted *pro hac vice*)<br>Aparna Yenamandra (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:   (212) 446-4900<br>Email:         christopher.marcus@kirkland.com<br>                    aparna.yenamandra@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*

**Certificate of Service**

    I certify that on June 7, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

    */s/ Brian E. Schartz*
    Brian E. Schartz