UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VANGUARD NATURAL RESOURCES, INC., *et al.*,[1] | ) ) ) ) | Case No. 19-31786 (DRJ) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING
THE AMENDED JOINT PLAN OF REORGANIZATION
(AS MODIFIED) OF VANGUARD NATURAL RESOURCES, INC. AND ITS
DEBTOR AFFILIATES AND (II) OCCURRENCE OF THE EFFECTIVE DATE**

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on July 9, 2019, the Honorable David R. Jones, United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), entered the *Findings of Fact, Conclusions of Law, and Order Confirming the Amended Joint Plan of Reorganization (as Modified) of Vanguard Natural Resources, Inc. and Its Debtor Affiliates* [Docket No. 582] (the "Confirmation Order"), confirming, as modified therein, the *Amended Joint Plan of Reorganization (as Modified) of Vanguard Natural Resources, Inc. and Its Debtor Affiliates* [Docket No. 569] (the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, and all documents filed in these chapter 11 cases are available free of charge by visiting http://cases.primeclerk.com/VNR.  You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on July 16, 2019.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Vanguard Natural Resources, Inc. (1494); Eagle Rock Acquisition Partnership, L.P. (6706); Eagle Rock Acquisition Partnership II, L.P. (0903); Eagle Rock Energy Acquisition Co., Inc. (4564); Eagle Rock Energy Acquisition Co. II, Inc. (3364); Eagle Rock Upstream Development Company, Inc. (0113); Eagle Rock Upstream Development Company II, Inc. (7453); Escambia Asset Co. LLC (2000); Escambia Operating Co. LLC (3869); Vanguard Natural Gas, LLC (1004); Vanguard Operating, LLC (9331); and VNR Holdings, LLC (6371). The location of the Debtors' service address is: 5847 San Felipe, Suite 3000, Houston, Texas 77057.

[2] Capitalized terms used but undefined herein shall have the meanings given to them in the Plan and the Confirmation Order, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by the Plan, the Confirmation Order, any other applicable order of the Bankruptcy Court, or agreed to by the Holder of an Allowed Administrative Claim and the Debtors, all requests for payment of Administrative Claims must be filed and served on the Debtors no later than **August 15, 2019** (the "Administrative Claims Bar Date"). Holders of Administrative Claims that are required to file and serve a request for payment of such Administrative Claims that do not file and serve such a request by the Administrative Claims Bar Date shall be forever barred, estopped, and enjoined from asserting such Administrative Claims against the Debtors, or their property and such Administrative Claims shall be deemed discharged as of the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by an order of the Bankruptcy Court, any Proofs of Claim based upon the rejection of the Debtors' Executory Contracts or Unexpired Leases pursuant to the Plan and the Confirmation Order must be filed within thirty (30) days after the entry of an order of the Bankruptcy Court (including the Confirmation Order) approving such rejection.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Reorganized Debtors, any Holder of a Claim against, or Interest in, the Debtors and such Holder's respective successors and assigns, regardless of whether such Holder (1) will receive any property or interest in property under the Plan, or (2) has filed a Proof of Claim or Interest in the Chapter 11 Cases, or (3) failed to vote to accept or reject the Plan or affirmatively voted to reject the Plan.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Houston, Texas<br>July 16, 2019 | Respectfully Submitted,<br><br>*/s/ Brian E. Schartz* |
| **BLANK ROME LLP**<br>James T. Grogan (TX Bar No. 24027354)<br>Philip M. Guffy (TX Bar No. 24113705)<br>717 Texas Avenue, Suite 1400<br>Houston, Texas 77002<br>Telephone:　(713) 228-6601<br>Facsimile:　(713) 228-6605<br>Email:　　jgrogan@blankrome.com<br>　　　　　pguffy@blankrome.com | **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Brian E. Schartz, P.C. (TX Bar No. 24099361)<br>609 Main Street<br>Houston, Texas 77002<br>Telephone:　(713) 836-3600<br>Facsimile:　(713) 836-3601<br>Email:　　brian.schartz@kirkland.com<br><br>-and-<br><br>Christopher Marcus, P.C. (admitted *pro hac vice*)<br>Aparna Yenamandra (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:　(212) 446-4800<br>Facsimile:　(212) 446-4900<br>Email:　　christopher.marcus@kirkland.com<br>　　　　　aparna.yenamandra@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*

**Certificate of Service**

I certify that on July 16, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Brian E. Schartz*
Brian E. Schartz